# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 18, 2021

**CASE OF:** ANTHONY MUNGIN V. STATE OF FLORIDA

**DOCKET NO.:** SC18-635      **OPINION FILED:** February 13, 2020

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 6, line 4, "; see also Jones v. State, 732 So. 2d 313, 322 (Fla. 1999) (holding that when a motion asserts an untimely claim, the defendant must include a sworn allegation explaining his inability to assert the claim earlier)" has been removed.

**SIGNED: OPINION CLERK**